KAREN SUE NAYLOR, TRUSTEE
PO BOX 504
SANTA ANA, CA  92702
(714) 708-3900
(714) 708-3949 Fax
knaylor@burd-naylor.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CONSOLIDATED EMPLOYER MANAGEMENT SOLUTIONS, INC., a California Corporation; COASTAL EMPLOYERS, INC., a New York Corporation; and COASTAL EMPLOYERS, INC., a California Corporation, | § § § § § § § § § | Case No. 2:12-bk-16115-RK (Substantively consolidated with Case Nos. 2:12-bk-16130-RK and 2:12-bk-16131-RK) |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN SUE NAYLOR, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
US BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, ROOM 940
LOS ANGELES CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:30 p.m. on January 10, 2017 in Courtroom 1675, U.S. Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA  90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged, and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 11/16/2016                                By: Karen Sue Naylor
                                                                              Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| CONSOLIDATED EMPLOYER § | Case No. 2:12-bk-16115-RK |
| MANAGEMENT SOLUTIONS, INC., a § | (Substantively consolidated with Case Nos. |
| California Corporation; COASTAL § | 2:12-bk-16130-RK and 2:12-bk-16131-RK) |
| EMPLOYERS, INC., a New York § | |
| Corporation; and COASTAL § | |
| EMPLOYERS, INC., a California § | |
| Corporation, § | |
| § | |
| Debtor § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,143,450.49 |
| and approved disbursements of | $ | 1,299,491.71 |
| leaving a balance on hand of[1] | $ | 843,958.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 115-01-3A | Department of the Treasury | $ 125,816.22 | $ 125,816.22 | $ 0.00 | $ 125,816.22 |
| 130-05-2 | National Union Fire Insurance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 131-01-2A | Department of The Treasury | $ 99,999.80 | $ 99,999.80 | $ 0.00 | $ 99,999.80 |
| 131-10 | AICCO, Inc | $ 103,199.25 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| | | |
|---|---:|---:|
| Total to be paid to secured creditors | $ | 225,816.02 |
| Remaining Balance | $ | 618,142.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: KAREN SUE NAYLOR | $ 87,553.51 | $ 0.00 | $ 87,553.51 |
| Trustee Expenses: KAREN SUE NAYLOR | $ 3,133.08 | $ 0.00 | $ 3,133.08 |
| Attorney for Trustee Fees: RUS, MILIBAND & SMITH | $ 148,826.00 | $ 148,826.00 | $ 0.00 |
| Attorney for Trustee Expenses: RUS, MILIBAND & SMITH | $ 5,394.27 | $ 5,394.27 | $ 0.00 |
| Accountant for Trustee Fees: HAHN FIFE & COMPANY, LLP | $ 163,205.00 | $ 71,042.50 | $ 92,162.50 |
| Accountant for Trustee Expenses: HAHN FIFE & COMPANY, LLP | $ 2,330.90 | $ 205.50 | $ 2,125.40 |
| Charges: US BANKRUPTCY COURT | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Fees: Office of the United States Trustee | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: KAPLIN STEWART MELOFF REITER & STEIN, PC | $ 118,680.00 | $ 118,680.00 | $ 0.00 |
| Other: KAPLIN STEWART MELOFF REITER & STEIN, PC | $ 1,983.25 | $ 1,983.25 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 69,709.31 | $ 0.00 | $ 69,709.31 |
| Other: FRANCHISE TAX BOARD | $ 14,568.13 | $ 0.00 | $ 14,568.13 |
| Other: FRANCHISE TAX BOARD (ADMINISTRATIVE) | $ 7,284.07 | $ 0.00 | $ 7,284.07 |
| Other: State Board of Equalization | $ 4,251.59 | $ 0.00 | $ 4,251.59 |
| Other: FRANCHISE TAX BOARD | $ 10,005.90 | $ 0.00 | $ 10,005.90 |
| Other: MARSHACK HAYS LLP | $ 1,042,113.50 | $ 895,950.00 | $ 146,163.50 |
| Other: MARSHACK HAYS LLP | $ 36,165.33 | $ 23,227.55 | $ 12,937.78 |
| Other: Office of the United States Trustee | $ 250.00 | $ 0.00 | $ 250.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Office of the United States Trustee | $ 250.00 | $ 0.00 | $ 250.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 451,894.77 |
| Remaining Balance | | | $ 166,247.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Employment Development Department | $ 342,156.62 | $ 0.00 | $ 132,213.47 |
| Other: FRANCHISE TAX BOARD | $ 79,549.61 | $ 0.00 | $ 30,738.93 |
| Other: GOE & FORSYTHE, LLP | $ 19,500.00 | $ 19,500.00 | $ 0.00 |
| Other: State Board of Equalization | $ 8,528.69 | $ 0.00 | $ 3,295.59 |
| Total to be paid for prior chapter administrative expenses | | | $ 166,247.99 |
| Remaining Balance | | | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,628,899.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 115-04 | Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-05A | FRANCHISE TAX BOARD | $ 116,031.42 | $ 0.00 | $ 0.00 |
| 115-07A | Employment Development Dept | $ 548,789.70 | $ 0.00 | $ 0.00 |
| 115-12 | Damon Rice | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-21 | FRANCHISE TAX BOARD | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 130-01-2 | Department of the Treasury | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 130-02 | Department of the Treasury | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 130-03A | Employment Development Department | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 130-06 | State Board of Equalization | $ | 25,152.34 | $ | 0.00 | $ | 0.00 |
| 130-07A | Employment Development Department | $ | 1,379,398.48 | $ | 0.00 | $ | 0.00 |
| 130-09 | Orange County Treasurer-Tax Collector | $ | 675.70 | $ | 0.00 | $ | 0.00 |
| 130-10 | Orange County Treasurer-Tax Collector | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 131-05 | Department of The Treasury | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 131-06 | Franchise Bax Board | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 131-07 | Franchise Bax Board | $ | 8,421.99 | $ | 0.00 | $ | 0.00 |
| 131-08A | Employment Development Department | $ | 1,136,899.93 | $ | 0.00 | $ | 0.00 |
| 131-13 | State Board of Equalization | $ | 12,171.12 | $ | 0.00 | $ | 0.00 |
| 131-16 | State of New Jersey | $ | 2,000.00 | $ | 0.00 | $ | 0.00 |
| 131-01-2B | Department of The Treasury | $ | 398,248.91 | $ | 0.00 | $ | 0.00 |
| 115-01-3B | Department of the Treasury | $ | 110.14 | $ | 0.00 | $ | 0.00 |
| 130-14-1 | TINA LOUISE BANKS | $ | 1,000.00 | $ | 1,000.00 | $ | 0.00 |

Total to be paid to priority creditors                                    $             0.00

Remaining Balance                                                                $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,442,517.07  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 115-02 | FedEx Customer Information Service | $ 6,526.00 | $ 0.00 | $ 0.00 |
| 115-03 | National Union Fire Insurance | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-06 | Real Time Staffing, Inc., | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-09 | Corporate Personnel Network, Inc., dba | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-10 | Fountain Valley School District | $ 30,770.00 | $ 0.00 | $ 0.00 |
| 115-11-2 | Ace American Insurance Company | $ 664,840.15 | $ 0.00 | $ 0.00 |
| 115-13 | Corporate Personnel Network, Inc., dba | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-14 | Verizon Wireless Northeast | $ 3,776.10 | $ 0.00 | $ 0.00 |
| 115-15 | AT&T West Attorney: James Grudus Esq | $ 4,199.04 | $ 0.00 | $ 0.00 |
| 115-16-2 | AIG PROPERTY CASUALTY, INC. | $ 5,570,386.00 | $ 0.00 | $ 0.00 |
| 115-19 | Golden State Overnight | $ 5,605.92 | $ 0.00 | $ 0.00 |
| 115-22 | Reinsurance Company of America | $ 9,387,010.52 | $ 0.00 | $ 0.00 |
| 130-12 | Reinsurance Company of America | $ 3,327,247.68 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 131-02 | Robertson Ryan & Assoc. Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 131-03 | Law Offices of Douglas Holmes | $ 8,640.68 | $ 0.00 | $ 0.00 |
| 131-04 | Wells Fargo Bank NA | $ 10,606.24 | $ 0.00 | $ 0.00 |
| 131-09-2 | ACE American Insurance Company | $ 664,840.15 | $ 0.00 | $ 0.00 |
| 131-12 | AICCO, Inc | $ 240.27 | $ 0.00 | $ 0.00 |
| 131-15-2 | Robertson Ryan & Assoc Inc | $ 249,000.00 | $ 0.00 | $ 0.00 |
| 131-17-3 | ACE American Insurance Company | $ 963,087.00 | $ 0.00 | $ 0.00 |
| 131-18 | Global Crossing | $ 896.75 | $ 0.00 | $ 0.00 |
| 131-19 | Craig P. Brown and Janet Brown | $ 40,706.04 | $ 0.00 | $ 0.00 |
| 131-20-2 | National Union Fire Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 115-05B | FRANCHISE TAX BOARD | $ 16,553.74 | $ 0.00 | $ 0.00 |
| 130-03B | Employment Development Department | $ 0.00 | $ 0.00 | $ 0.00 |
| 130-07B | Employment Development Department | $ 208,599.45 | $ 0.00 | $ 0.00 |
| 131-08B | Employment Development Department | $ 146,528.65 | $ 0.00 | $ 0.00 |
| 131-01-2C | Department of The Treasury | $ 34,812.55 | $ 0.00 | $ 0.00 |
| 115-01-3C | Department of the Treasury | $ 7,914.76 | $ 0.00 | $ 0.00 |
| 115-07B | Employment Development Dept | $ 89,729.38 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Karen Sue Naylor
　　　　　　　　　　　　　　　　　Trustee

*KAREN SUE NAYLOR*
*P.O. Box 504*
*Santa Ana, CA 92702-0504*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.